# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| CASEY GLYNN DOBBS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | 2:19-CV-0161-M-BR |
| J. SMITH, | § | |
| Defendant. | § | |

## ORDER DENYING MOTION TO REOPEN

After making an independent review of the pleadings, files, and records in this case, and the February 13, 2020 Findings, Conclusions, and Recommendation of Magistrate Judge Lee Ann Reno, the court concludes that the Magistrate Judge's Findings and Conclusions are correct. The recommendation of the Magistrate Judge is accepted, and the motion to reopen the civil rights lawsuit filed by plaintiff Casey Glynn Dobbs is **DENIED**.

SO ORDERED this 6th day of March, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE